**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | | |
|---|---|---|
| ANDRE WHITFIELD, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15CV441–HEH |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Respondent. | ) | |

**MEMORANDUM OPINION**
**(Dismissing 28 U.S.C. § 2241 Petition Without Prejudice)**

Petitioner, a federal prisoner proceeding *pro se*, submitted a 28 U.S.C. § 2241

petition.  By Memorandum Order entered on August 13, 2015, the Court directed

Petitioner, within fifteen (15) days of the date of entry thereof, to pay the $5.00 filing fee

or complete and return an *in forma pauperis* affidavit.  The Court warned Petitioner it

would dismiss the action if Petitioner did not comply with the above requirement.  More

than fifteen (15) days have elapsed since the entry of the August 13, 2015 Memorandum

Order and Petitioner has not paid the $5.00 filing fee or returned an *in forma pauperis*

affidavit.  Accordingly, the action will be dismissed without prejudice.

An appropriate order will accompany this Memorandum Opinion.

It is so ORDERED.

                                          /s/

Date: Oct. 26, 2015
Richmond, Virginia

HENRY E. HUDSON
UNITED STATES DISTRICT JUDGE